IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

M.R., FATHER OF S.R.,
A CHILD,

      Appellant,

 v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.

_____/

Case No.  5D22-1321
LT Case No. 2020-10537-CJDL

Decision filed August 26, 2022

Appeal from the Circuit Court
for Volusia County,
Linda L. Gaustad, Judge.

Ryan Thomas Truskoski, of Ryan Thomas
Truskoski, P.A., Orlando, for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals, of Statewide Guardian ad Litem
Office, Tallahassee, and Jamie Billotte
Moses, of Holland & Knight, LLP, Orlando, for
Guardian ad Litem.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.